NO. 07-99-0223-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 30, 1999
_____

BRIAN MILLSAP,

Appellant

V.

SHOW TRUCKS USA, INC.,

Appellee
_____

FROM THE 86TH DISTRICT COURT OF KAUFMAN COUNTY;

NO. 53435; HON. GLEN M. ASHWORTH, PRESIDING
_____

BOYD, C.J., and QUINN and REAVIS, JJ.

Following appellant's failure to timely file a brief in this cause, we notified him on July 21, 1999 that his appeal would be dismissed, pursuant to Texas Rule of Appellate Procedure 42.3, unless he responded within ten days and showed good cause for continuing the appeal. Because of a clerical error in the July 21 notice, we again notified appellant to show good cause as to why the appeal should not be dismissed. Appellant's

response was due August 13, 1999.  To date, appellant has failed to respond.  We accordingly dismiss this appeal for want of prosecution pursuant to Texas Rules of Appellate Procedure 38.8(a)(1) and 42.3(b) and (c).


Brian Quinn
Justice


Do not publish.